## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| SMART SPEAKER LLC, | ) |
| | )   Case No. |
| Plaintiff, | ) |
| | )   **JURY TRIAL DEMANDED** |
| v. | ) |
| | ) |
| AMAZON.COM SERVICES LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Smart Speaker LLC ("Smart Speaker" or "Plaintiff") for its Complaint against Defendant Amazon.com Services LLC ("Amazon" or "Defendant") for patent infringement, alleges as follows:

### THE PARTIES

1.    Smart Speaker is a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business located at: 6800 Weiskopf Avenue, Suite 150, McKinney, Texas 75070.

2.    On information and belief, Defendant Amazon.com Services LLC is a Delaware limited liability company, with its principal place of business at 410 Terry Avenue North, Seattle, Washington 98109. Amazon.com Services LLC is a wholly-owned subsidiary of Amazon.com, Inc. Amazon.com Services LLC is registered to do business in the State of Texas and may be served with process via its registered agent in Texas, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company at 211 7th Street, Suite 620, Austin, Texas 78701. Amazon.com Services LLC and/or its affiliates "provide website features and other products and

services to you when you visit or shop at Amazon.com, use Amazon products or services, use Amazon applications for mobile, or use software provided by Amazon."[1] On information and belief, Amazon.com Services LLC also leases and operates the Amazon DDF1, DDX6, and DDX2 delivery stations, the FTW3/FTW4, STX8, and DFW5 fulfillment centers, and the DDA2 flex warehouse located within this District.

3.      Amazon conducts business operations within the Eastern District of Texas.

4.      Amazon has a regular and established place of business in this District, including at least its Amazon Robotics Fulfillment Center FTW3/FTW4 located at 15201 Heritage Parkway, Fort Worth, Texas 76177, and at the Sub-Same Day Fulfillment Center STX8 located at 3501 Research Drive, Richardson, Texas 75082.

## JURISDICTION AND VENUE

5.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.      Amazon is subject to this Court's general and specific jurisdiction pursuant to due process and/or the Texas Long Arm Statute due at least to Amazon's substantial business in the State of Texas and in this District, including through employing more than 86,000 full- and part-time employees at forty-nine (49) fulfillment and sortation centers, thirty-three (33) delivery stations, an Air Hub, thirty-six (36) Whole Foods Market locations, seven (7) Amazon Hub Locker+ locations, six (6) Prime Now fulfillment centers, an Amazon Pharmacy, a Prime Air drone delivery center, three (3) wind farms, fourteen (14) solar farms, seven (7) on-site solar locations,

---

[1] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=GLSBYFE9MGKKQXXM

and an Amazon Original series filmed in the State of Texas: Panic.[2] Amazon has minimum contacts with this District, such that the maintenance of this action within this District would not offend traditional notions of fair play and substantial justice. Thus, the Court therefore has both general and specific personal jurisdiction over Amazon.

7.      This Court has personal jurisdiction over Amazon because Amazon has regularly committed acts of patent infringement and/or has induced acts of patent infringement by others in the District and/or has contributed to patent infringement by others in this District, the State of Texas, and elsewhere in the United States. Amazon, directly or through subsidiaries or intermediaries (including distributors, retailers, and others), ships, distributes, makes, uses, offers for sale, sells, imports, and/or advertises (including by providing an interactive web page) its infringing products and/or services in the United States and the Eastern District of Texas and/or contributes to and actively induces its customers to ship, distribute, make, use, offer for sale, sell, import, and/or advertise (including by providing the interactive web page) infringing products and/or services in the United States and the Eastern District of Texas. Amazon, directly and through subsidiaries or intermediaries (including distributors, retailers, and others), has purposefully and voluntarily placed one or more of its infringing products and/or services, as described below, into the stream of commerce with the expectation that those products will be purchased and used by customers and/or consumers in the Eastern District of Texas. These infringing products and/or services have been and continue to be made, used, sold, offered for sale, purchased, and/or imported by customers and/or consumers in the Eastern District of Texas. Amazon also interacts with customers who sell the Amazon Echo products into Texas, knowing that these customers will sell these products into Texas, either directly or through intermediaries.

---

[2]  *See Investing in the U.S.*, AboutAmazon.com Website, available at: https://www.aboutamazon.com/investing-in-the-u-s

8.      Amazon.com Services LLC has recently not contested that it is subject to this Court's general and specific jurisdiction. *See*, *e.g.*, *Edge Networking Systems LLC v. Amazon.Com, Inc., et al*, Case No. 2:24-cv-00887, Dkt. 59 at 2 (Apr. 9, 2025, E.D. Tex.).

9.      Venue is proper in this District under 28 U.S.C. §§ 1391(b)-(d) and 1400(b). On information and belief, Defendant Amazon is registered to do business in the State of Texas, has offices in the State of Texas, has transacted and continues to transact business in the Eastern District of Texas, and has committed and continues to commit acts of direct and indirect infringement in the Eastern District of Texas.

10.     On information and belief, Amazon has regular and established places of business in this District and has committed and continues to commit acts of infringement in this District. Amazon's places of business include, but are not limited to: 1101-1107 East 15th Street, Plano, Texas 75074 (DDA2); 16399 Gateway Path, Prosper, Texas 75033 (DDX6); 1398 Industrial Boulevard, McKinney, Texas 75069 (DDX2); 4121 International Parkway, Carrollton, Texas 75007-1907 (DFW5); and 1303 Ridgeview Drive, DDF1, Lewisville, Texas 75057 (DDF1).

11.     Amazon has also committed acts of infringement in this District by commercializing, marketing, selling, distributing, testing, and servicing, for example, the Amazon Echo products identified herein.



12.     Amazon operates its business from multiple Amazon delivery stations, flex warehouses, and a fulfillment center located within this District, including the DDX2 fulfillment center pictured above located at 1398 Industrial Boulevard, McKinney, Texas 75069.[4] Amazon describes the Amazon Fulfillment Centers as "a symphony of people, AWS, software, and other high-tech components. The result is a coordination between ***our great employees*** and the finely-honed computer systems we've evolved for more than 20 years."[5] Amazon has previously admitted that it employed information technology personal at least at its Fulfillment Center in Denton County, which is in this District,[6] and likely employs information technology personnel at other Fulfillment Centers in this District.

---

[3] Amazon DDX2, located at 1398 Industrial Boulevard, McKinney, Texas 75069, in the Eastern District.

[4] *See* Amazon Fulfillment Center Tour with AWS, Amazon Web Services YouTube Channel, available at: https://www.youtube.com/watch?v=8nKPC-WmLjU ("Amazon's Fulfillment Centers are wonders of automation, with AWS at their core.").

[5] *Id.* at 1:21 (emphasis added).

[6] *See Jumpsport, Inc. v. Amazon.com, Inc., et al.*, No. 6:17-cv-00666-RWS-JDL, Dkt. 13, ¶ 20 (E.D.T.X. Feb. 12, 2018) ("Amazon admits that it employs information technology personnel at its fulfillment center in Denton County..."); *see also Vocalife LLC v. Amazon.com, Inc., et al.*, No. 2:19-cv-00123-JRG, Dkt. 226, ¶ 8 (E.D.T.X. July 31, 2020) ("Amazon admits that subsidiaries of Amazon.com, Inc. operate a fulfillment center in this district.").

13.     Amazon relies on both employees and associates who work as agents of Amazon to perform the business of Amazon from within the Amazon Fulfillment Centers and Amazon locations within the District.

14.     Further, as alleged below, Amazon's infringement of the Patents-in-Suit involves Amazon's Alexa-enabled products, which include Amazon's Echo products. In order to use these products, Amazon's customers must agree to Amazon's Alexa Terms of Use (the "Amazon.com Services LLC Agreement"), which is "an agreement between [Amazon's customers] and Amazon.com Services LLC."[7] The Amazon.com Services LLC Agreement applies to all users of any "Alexa Enabled Product," which Amazon.com Services LLC defines as "any product or application that enables access to Alexa, such as Amazon Echo devices and the Alexa App."

15.     Additionally, as is also alleged below, Amazon's cloud-based server (the "Amazon Cloud") is accused of receiving, processing, and sending data to Amazon's Echo products in an infringing manner. Upon information and belief, Amazon.com Services LLC is a customer of Amazon Web Services, Inc. ("AWS"), and Amazon.com Services LLC utilizes software and hardware sourced from AWS for use in the District to implement the server-related limitations of the Patents-in-Suit.[8]

## **PATENTS-IN-SUIT**

16.     On May 27, 2025, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,316,706 (the "'706 Patent") entitled "System and Method for Server-Based Control." A true and correct copy of the '706 Patent is attached hereto as Exhibit A.

---

[7] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=201809740
[8] *See*, *e.g.*, *Edge Networking Systems LLC v. Amazon.Com, Inc., et al*, Case No. 2:24-cv-00887, Dkt. 35 at 2 and 12 (Feb. 9, 2025, E.D. Tex.).

17.      On June 11, 2024, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,010,174 (the "'174 Patent") entitled "System and Method for Server Based Control." A true and correct copy of the '174 Patent attached hereto as Exhibit B.

18.      On September 21, 2021, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,128,710 (the "'710 Patent") entitled "System and Method for Server-Based Control." A true and correct copy of the '710 Patent is attached hereto as Exhibit C.

19.      On November 30, 2021, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,190,590 (the "'590 Patent") entitled "System and Method for Server Based Control." A true and correct copy of the '590 Patent is attached hereto as Exhibit D.

20.      Smart Speaker is the sole and exclusive owner of all rights, title, and interest in the '706, '174, '710, and '590 Patents (collectively, the "Patents-in-Suit"), and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. Smart Speaker also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

21.      Smart Speaker has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit. On information and belief, any and all prior assignees and licensees have also complied with the marking provisions of 35 U.S.C. § 287.

## FACTUAL ALLEGATIONS

22.      The Patents-in-Suit are related and are the result of inventions of Yehuda Binder and Benjamin Maytal. The '706 Patent is generally directed to a client device for use with a Wireless Local Area Network (WLAN) in a building and with a controlled device in the building. The '174 and '710 Patents are generally directed to systems and methods for operating actuators in response to captured human voice data, for use within a wireless network to control a controlled

device. The '590 Patent is generally directed to an apparatus that is controlled or activated in response to digital data received from a wireless network.

23.    Amazon has infringed and is continuing to infringe the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import, products including, but not limited to, Amazon's Alexa-enabled products, which include Amazon's Echo products (*e.g.*, Amazon Echo Pop, Amazon Echo (4th Gen), Amazon Echo Spot, Amazon Echo Studio, Amazon Echo Show 21, Amazon Echo Show 10 (3rd Gen), Amazon Echo Show 5 (3rd Gen), Amazon Echo Show 8 (3rd Gen), Amazon Echo Show 15 (2nd Gen), Amazon Echo Show 5 Kids, Amazon Echo Pop Kids, Amazon Echo Dot Kids, and Amazon Echo Hub (collectively, the "Amazon Echo Products")), which are controlled by Amazon via the servers of the Amazon Cloud (collectively, the "Amazon Echo System").

24.    Additionally, Amazon has had knowledge of three of the Patents-in-Suit (*i.e.*, the '710, '174, and '590 Patents) and the inventions described and claimed therein since at least around July 2024, when May Patents Ltd. ("May Patents"), which was a prior owner of the Patents-in-Suit, initiated discussions with Amazon about the Patents-in-Suit and the Amazon Echo System. On July 23, 2024, for example, May Patents sent a letter to Amazon concerning its patent portfolio (the "July 23, 2024, Licensing Letter"). Ex. E. In that letter, May Patents notified Amazon that:

> After reviewing various products that [Amazon] designs, develops, markets, distributes, and / or sells in the United States (the "Amazon Products"), the above patents may be relevant to at least part of these Amazon Products, in particular claims 1-7, 20, 21, and 24-29 of the '710 Patent, claims 1-3, 21-24, 35, 48-55 of the '590 Patent, […] and claims 1-7, 20, 21, and 24-29 of the '174 Patent.

Ex. E at 1.

25.    May Patents identified many of the same Amazon Echo Products that are the subject of this lawsuit. In the July 23, 2024, Licensing Letter, May Patents indicated that it "would very much welcome the opportunity to enter into constructive discussions with Amazon to

determine whether [May Patents] and Amazon can agree to a mutually acceptable patent license agreement or to otherwise understand how Amazon is not using [May Patents's] patents." *Id*. at 3. May Patents indicated a willingness to "commence discussions with Amazon or [Amazon's] representative at [Amazon's] earliest convenience." *Id*. Amazon ignored May Patents's invitation to enter into good faith licensing discussions, necessitating the filing of this lawsuit.

## COUNT I

### (Infringement of the '706 Patent)

26.     Paragraphs 1 through 25 are incorporated by reference as if fully set forth herein.

27.     Plaintiff has not licensed or otherwise authorized Amazon to make, use, offer for sale, sell, or import any products that embody the inventions of the '706 Patent.

28.     Amazon has and continues to directly infringe at least Claim 1 of the '706 Patent either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States the Amazon Echo Products, which satisfy each and every limitation of one or more claims of the '706 Patent.

29.     The Amazon Echo Products comprise a client device for use with a Wireless Local Area Network ("WLAN") in a building and with a controlled device that comprises a second actuator in the building. For example, the Amazon Echo Dot uses a WLAN (*e.g.*, a Wi-Fi network) in a building (*e.g.*, a user's home) with a controlled device (*e.g.*, a smart light) that comprises a second actuator (*e.g.*, a lighting element in the smart light).

**1. How does Alexa work with smart home devices?**

Alexa enables you to control and check the status of a variety of smart home devices, such as compatible lights, switches, plugs, thermostats, cameras, locks, televisions, printers, kitchen appliances, and robot vacuums. You can connect compatible smart home devices to Alexa using Alexa smart home skills. You can also directly connect certain smart home devices to compatible Echo devices. For instance, smart home devices that use Zigbee can connect directly to Echo devices with a built-in smart home hub, like Echo Show 10. And certain other smart home devices can connect to Echo devices via Bluetooth or wifi. Finally, you can connect some smart home devices to Alexa by setting up those devices through the Alexa app. [9]



[10]



[11]

---

[9] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=201602230
[10] *See* https://www.amazon.com/Amazon-Basics-Equivalent-1-Pack-Multicolor/dp/B0CG5VDC8P/
[11] *See id.*

30.     The Amazon Echo Products, including the Amazon Echo Dot, include a WLAN transceiver for communicating over a WLAN. For example, the Amazon Echo Dot includes at least Wi-Fi/Bluetooth antennas, annotated in cyan below, for communication over a WLAN.



*Backside of the processor board showing the DAC (red), microUSB connector (orange), audio port (pink), ribbon cable connector (yellow), and WiFi/Bluetooth/GPS PCB antennas (cyan).* 12

Finally, we get to the Dot itself which is what we will focus on for the rest of this article. The Dot includes a bunch of impressive technology. It obviously has voice recognition capabilities. It includes a Wi-Fi transceiver for communicating with the cloud (Amazon's Alexa voice service). Most of the heavy duty processing is done on Amazon's servers. 13

---

[12] *See* https://predictabledesigns.com/product-development-teardown-of-an-amazon-echo-dot/; annotations in the image originate from https://predictabledesigns.com/product-development-teardown-of-an-amazon-echo-dot/
[13] *See id.*

| Wifi connectivity | Dual-band Wi-Fi supports 802.11a/b/g/n/ac (2.4 and 5 GHz) networks. Does not support connecting to ad-hoc (or peer-to-peer) wifi networks. |
| Amazon Sidewalk | Sidewalk uses Echo and Ring devices to securely keep other devices connected and help find lost items by reporting their approximate location to the owner. Sidewalk can enable supported devices to remain connected even when wifi is lost or the supported devices are outside the range of their home wifi. Sidewalk uses a small portion of your internet bandwidth and the approximate location of your devices to provide these benefits to you and your neighbors. Sidewalk is turned on for your device unless you have previously turned it off. You can turn off Sidewalk at any time. Learn more about Amazon Sidewalk. |
| Smart Home Device Compatibility | WiFi, Bluetooth Low Energy Mesh, and Matter |

[14]

31.    The Amazon Echo Products, including the Amazon Echo Dot, include a microphone for capturing first and second human voice data. For example, the Amazon Echo Products include microphones annotated in green below, which capture audio in response to a user's verbal commands (*i.e.*, first and second human voice data).

---

[14] *See* https://www.amazon.com/Amazon-vibrant-helpful-routines-Charcoal/dp/B09B8V1LZ3



32.    The Amazon Echo Products, including the Amazon Echo Dot, include a first actuator in the client device. For example, the Amazon Echo Dot includes a speaker that actuates to produce sounds when a user asks the Amazon Echo Dot a question, to play music, or to provide the news.



---

[15] *See* https://www.ifixit.com/Teardown/Amazon+Echo+Dot+Teardown/61304; square annotations in the image originate from http://www.ifixit.com/Teardown/Amazon+Echo+Teardown/33953; green circles added to indicate the microphones located in Amazon's Echo product.
[16] *See* https://www.amazon.com/Amazon-vibrant-helpful-routines-Charcoal/dp/B09B8V1LZ3?th=1

| Audio | 1.73" (44 mm) front-firing speaker, Lossless High Definition |
|---|---|

[17]

33. As another non-limiting example, the Amazon Echo Dot features a LED ring light that actuates by illuminating in response to specific user interactions with Alexa.

- **Light Ring/Bar/LED Activity:** Clearly show and accurately depicted light activity if the device is visible during the interaction with Alexa. The light will activate when the wake word ("Alexa") is used and during Alexa's response.
  - Check that the depicted light activity is accurately synched with the true customer experience. (We often see light activity delayed or starting too soon. You can check by testing the utterance and response on the device you are featuring.

[18]



[19]

---

[17] *See* https://www.amazon.com/Amazon-vibrant-helpful-routines-Charcoal/dp/B09B8V1LZ3?th=1
[18] *See* https://developer.amazon.com/en-US/alexa/branding/alexa-guidelines/review-process
[19] *See* https://developer.amazon.com/en-US/alexa/branding/echo-guidelines/identity-guidelines/light-ring.

**Solid Blue Light With Cyan Segment: Awaiting a Command**

If you've just used your wake word, Alexa by default, then you may notice that your device displays a blue circle while it waits. This is to signify that it has heard the wake word and is waiting for you to give it another command. Likewise, a cyan section will point towards the direction sound is coming from to indicate who your device is listening to. [20]



[21]

34.     The Amazon Echo Products, including the Amazon Echo Dot, are configured to send, over the internet via a WLAN, captured first and second human voice data to an internet-connected server device external to the building. For example, the Amazon Echo Dot is configured to send captured user voice commands (*i.e.*, first and second human voice data) to Amazon's Cloud (*i.e.*, an internet-connected server device) for processing.

---

[20] *See* https://www.makeuseof.com/alexa-blue-ring-meaning/
[21] *See* https://www.amazon.com/Amazon-vibrant-helpful-routines-Charcoal/dp/B09B8V1LZ3?th=1

> **What happens when I speak to Alexa?**
>
> When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud, where we process your request and other information to respond to you. For example, when you ask, "Alexa, play top hits on Amazon Music," we use the recording of your request and information from Amazon Music to play top hits.
>
> **How do I know when Echo devices are sending audio to the cloud?**
>
> When Echo devices detect the wake word or when the Action button available on some Echo devices is pressed to activate Alexa, a visual indicator appears on the device to indicate that the device is recording your request to stream to the cloud. For instance, a light ring on the Echo will turn blue or a blue bar will appear on Echo Show. When you use the wake word, the audio stream includes a fraction of a second of audio before the wake word, and closes once your request has been processed. You can turn on Follow Up Mode so you can make follow-up requests without having to repeat the wake word. You can also configure Echo devices to play a short audible tone any time audio is sent to the cloud within Settings in the Alexa app. Certain Echo devices, like Echo Input, have the short audible tone turned on by default.[22]

35.    The Amazon Echo Products, including the Amazon Echo Dot, are further configured to receive from a server device over the internet via the WLAN, first and second messages, in response to sending the captured first and second human voice data. For example, the Amazon Echo Dot is configured to receive a first message (*e.g.*, to play audio using the speaker of the Amazon Echo Products, or to illuminate the LED of the Amazon Echo Products, etc.) and a second message (*e.g.*, to turn on a connected smart light), from Amazon's Cloud over the internet via the WLAN, in response to sending the captured first and second human voice data.

---

[22] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=GVP69FUJ48X9DK8V

**What happens when I speak to Alexa?**

When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud, where we process your request and other information to respond to you. For example, when you ask, "Alexa, play top hits on Amazon Music," we use the recording of your request and information from Amazon Music to play top hits.

**How do I know when Echo devices are sending audio to the cloud?**

When Echo devices detect the wake word or when the Action button available on some Echo devices is pressed to activate Alexa, a visual indicator appears on the device to indicate that the device is recording your request to stream to the cloud. For instance, a light ring on the Echo will turn blue or a blue bar will appear on Echo Show. When you use the wake word, the audio stream includes a fraction of a second of audio before the wake word, and closes once your request has been processed. You can turn on Follow Up Mode so you can make follow-up requests without having to repeat the wake word. You can also configure Echo devices to play a short audible tone any time audio is sent to the cloud within Settings in the Alexa app. Certain Echo devices, like Echo Input, have the short audible tone turned on by default. [23]



[24]

36.    The Amazon Echo Products, including the Amazon Echo Dot, are configured to operate a first actuator of the Amason Echo Products in response to receiving a first message. For example, the Amazon Echo Dot is configured to operate the speaker in the Amazon Echo Dot (*e.g.*, by playing music) in response to receiving the first message from Amazon's Cloud.

---

[23] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=GVP69FUJ48X9DK8V
[24] *See* https://www.amazon.com/Amazon-Basics-Equivalent-1-Pack-Multicolor/dp/B0CG5VDC8P/



**Our best-sounding Echo Dot yet**

*"Alexa, play today's hits."*

Echo Dot features improved speaker quality, delivering clearer vocals and deeper bass for rich vibrant sound. Just ask Alexa to play music, podcasts, and audiobooks and enjoy a dynamic audio experience anywhere in your home. Learn more about Alexa Entertainment

25

---

**What happens when I speak to Alexa?**

When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud, where we process your request and other information to respond to you. For example, when you ask, "Alexa, play top hits on Amazon Music," we use the recording of your request and information from Amazon Music to play top hits.

**How do I know when Echo devices are sending audio to the cloud?**

When Echo devices detect the wake word or when the Action button available on some Echo devices is pressed to activate Alexa, a visual indicator appears on the device to indicate that the device is recording your request to stream to the cloud. For instance, a light ring on the Echo will turn blue or a blue bar will appear on Echo Show. When you use the wake word, the audio stream includes a fraction of a second of audio before the wake word, and closes once your request has been processed. You can turn on Follow Up Mode so you can make follow-up requests without having to repeat the wake word. You can also configure Echo devices to play a short audible tone any time audio is sent to the cloud within Settings in the Alexa app. Certain Echo devices, like Echo Input, have the short audible tone turned on by default.

26

37.     The Amazon Echo Products, including the Amazon Echo Dot, are additionally configured to send to a controlled device over the WLAN, a control message in response to the received second message. For example, the Amazon Echo Dot is configured to send to an Amazon

---

[25] *See* https://www.amazon.com/Amazon-vibrant-helpful-routines-Charcoal/dp/B09B8V1LZ3?th=1

[26] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=GVP69FUJ48X9DK8V

Basics Smart A19 LED Light Bulb[27] a control message (*e.g.*, to turn on, dim brightness, change

color, etc.) over the WLAN, in response to receiving a second message from Amazon's Cloud.


28


29

---

[27] *See* https://www.amazon.com/Amazon-Basics-Equivalent-1-Pack-Multicolor/dp/B0CG5VDC8P/
[28] *See id.*
[29] *See id*.



**Easy to Install & Set Up**

Start by screwing in your light bulb. Connect to a secure Wi-Fi, open the Alexa app, tap the Devices icon, and click the + icon to get started.

**Control With Your Voice**

All you need is an Alexa-enable device and a coordinating voice command such as "Alexa, turn on the living room lights".

[30]

38.     The Amazon Echo Products, including the Amazon Echo Dot, comprise a client device that is addressable in a WLAN and using an Internet Protocol ("IP") address. For example, the Amazon Echo Dot comprises an IP address that is addressable in a WLAN.

**Locating the Amazon Alexa IP**

Once you have obtained your MAC address from your Echo, Echo Dot, or other related hardware, the next step is to identify the IP that is connected to your Amazon Alexa device. This will allow you to connect it to your network.

Obtaining the IP that is associated with a specific MAC address requires you to access your router and WiFi access point. From here, you will need to locate the "Attached Devices" screen which will list the different devices that are connected to the network. Using the MAC address that you identified from your Amazon Alexa device, find the matching address from the list and you will see the IP that is attached to it.

[31]

39.     Further, Amazon has and continues to indirectly and/or contributorily infringe one or more claims of the '706 Patent by knowingly and intentionally inducing others, including Amazon's customers and end-users, to directly infringe, either literally or under the doctrine of

---

[30] *See* https://www.amazon.com/Amazon-Basics-Equivalent-1-Pack-Multicolor/dp/B0CG5VDC8P/
[31] *See* https://blog.privadovpn.com/alexa-ip-and-how-to-find-it/

equivalents, by making, using, offering to sell, selling, and/or importing into the United States

products that include the infringing technology.

40.     Additionally, and separately, Amazon has and continues to indirectly and/or

contributorily infringe one or more claims of the '706 Patent by providing to its customers Quick

Start Guides for the Amazon Echo Products, which direct customers to connect Amazon Echo

Products to Amazon's Cloud via Wi-Fi to use the Amazon Echo Products.[32] Amazon also

maintains pages on its website that similarly direct customers to connect to Amazon's Cloud via

Wi-Fi to use the Amazon Echo Products, and Amazon provides instructions for how to use the

Amazon Echo Products within the Amazon Echo System.[33]

41.     Amazon, with knowledge that these products, or the use thereof, infringe the '706

Patent at least as of the filing of this Complaint, knowingly and intentionally induced, and

continues to knowingly and intentionally induce, direct infringement of the '706 Patent by

providing the Amazon Echo Products to end-users for use in an infringing manner. Amazon, for

example, has and continues to induce infringement by its customers and end-users by providing

customers with instructions on how to operate the Amazon Echo Products in an infringing manner,

while also making publicly available information on the infringing technology via Amazon's

website, product literature and packaging, and other publications.

42.     Further, with knowledge of the '706 Patent at least since the filing of the Complaint,

Amazon has willfully, deliberately, and intentionally infringed the '706 Patent, and continues to

willfully, deliberately, and intentionally infringe the '706 Patent. Amazon had actual knowledge

---

[32] *See*, *e.g.*, chrome-
extension://efaidnbmnnnibpcajpcglclefindmkaj/https://d1ergij2b6wmg5.cloudfront.net/Alexa+D
evices/Echo+Dot+(4th+Generation)/EchoDot_(4th+Generation)_QSG_US.pdf; and
https://www.amazon.com/gp/help/customer/display.html?nodeId=202016340
[33] *See* https://www.amazon.com/alexa-setup-guide/b?ie=UTF8&node=17978645011

of the '706 Patent and Amazon's infringement of the '706 Patent as set forth above and, after acquiring that knowledge, Amazon has directly and indirectly infringed the '706 Patent.

43.    The claims of the '706 Patent are directed to patent-eligible subject matter under 35 U.S.C. § 101. The claims of the '706 Patent are not directed to an abstract idea, law of nature, or natural phenomenon. Instead, the claims are directed to specific technological improvements in the field of server-based control of networked devices, including using human voice data to control actuators of client devices and controlled devices. Additionally, the claims of the '706 Patent are directed to specific implementations of technological solutions, rather than merely claiming a result or function. These implementations require particular configurations of components and/or operations that improve the functioning of a device and provide optimized solutions for environmental control. Further, to the extent the claims of the '706 Patent are purported to be directed to an abstract idea—which they are not—the claims include additional elements that, individually and in combination, amount to significantly more than any purported abstract idea. Specifically, for example, the claims of the '706 Patent are directed to a non-generic device architecture including a WLAN transceiver for use by the device to send first and second human voice data captured by a microphone in the device over the Internet to an Internet-connected server device external to the building where the device is located. The device is further configured to use the WLAN transceiver to receive first and second messages and, responsive to receiving those messages, operate an actuator of the device and send control messages to a controlled device. Hence, the claims of the '706 Patent recite specific, integrated hardware configurations enabling a device to transmit real-time captured human voice data, receive messages from a server device, and control other devices via a wireless network, all within a single device. This constitutes a technical advance over conventional devices by enabling remote, networked monitoring and control, thereby improving connectivity, efficiency, and form factor in smart home environments,

which transforms the nature of the claims into patent-eligible subject matter.

44.    Plaintiff has suffered damages as a result of Amazon's direct and indirect infringement of the '706 Patent in an amount to be proven at trial.

45.    Plaintiff has suffered, and will continue to suffer, irreparable harm as a result of Amazon's infringement of the '706 Patent, for which there is no adequate remedy at law, unless Amazon's infringement is enjoined by this Court.

## COUNT II

### (Infringement of the '174 Patent)

46.    Paragraphs 1 through 25 are incorporated by reference as if fully set forth herein.

47.    Plaintiff has not licensed or otherwise authorized Amazon to make, use, offer for sale, sell, or import any products or systems that embody the inventions of the '174 Patent.

48.    Amazon has and continues to directly infringe at least system Claim 1 of the '174 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using and/or putting into use, offering to sell, selling, and/or importing into the United States the Amazon Echo System, which satisfies each and every limitation of one or more claims of the '174 Patent.

49.    On information and belief, the Amazon Echo System comprises a system for operating multiple actuators (*e.g.*, an LED light on the Amazon Echo Products, the speaker on the Amazon Echo Products, etc.) in response to captured human voice data, for use with a wireless network in a building (*e.g.*, a user's home) and with a controlled device that comprises a second actuator (*e.g.*, a smart light).

23



50.     On information and belief, Amazon's Cloud is an internet-connected server device configured for processing human voice data and producing messages in response to that processing. Further, Amazon's Cloud is external to the building where the Amazon Echo Products are located (*e.g.*, a user's home). Additionally, on information and belief, Amazon's Cloud processes "first and second human voice data" and produces "first and second messages," respectively, in response to the processing, as claimed in Claim 1 of the '174 Patent.

51.     For example, on information and belief, Amazon directs users to "wake" the Amazon Echo Products using a specific wake word (*e.g.*, "Alexa").

## 2. Is Alexa recording all my conversations?

No. By default, Echo devices are designed to detect only your chosen wake word (e.g., Alexa, Ziggy, Amazon, Computer or Echo). The device detects the wake word by identifying acoustic patterns that match the wake word. No audio is stored or sent to the cloud unless the device detects the wake word (or Alexa is activated by pressing a button). On certain devices, you can enable features that allow you to interact with Alexa without the wake word. For instance, Follow Up Mode allows you to make follow-up requests to Alexa without having to repeat the wake word. See the FAQs "How does Follow Up Mode work?" and "How does Alexa process my requests in Enhanced Follow Up Mode?" for more information. You can also configure supported Echo devices to detect specific sounds, such as the sound of smoke alarms, carbon monoxide alarms, and glass breaking. See the FAQs "How does Alexa Emergency Assist work?", and "How do Routines with sound detection work?" for more information.

---

[34] *See* https://www.amazon.com/Echo-4th-Gen/dp/B07XKF5RM3
[35] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=201602230

52.     On information and belief, Amazon controls the Amazon Echo Products to send user's voice commands (*i.e.*, "first and second human voice data") to Amazon's Cloud for processing by Amazon.

> **What happens when I speak to Alexa?**
>
> When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud, where we process your request and other information to respond to you. For example, when you ask, "Alexa, play top hits on Amazon Music," we use the recording of your request and information from Amazon Music to play top hits.
>
> **How do I know when Echo devices are sending audio to the cloud?**
>
> When Echo devices detect the wake word or when the Action button available on some Echo devices is pressed to activate Alexa, a visual indicator appears on the device to indicate that the device is recording your request to stream to the cloud. For instance, a light ring on the Echo will turn blue or a blue bar will appear on Echo Show. When you use the wake word, the audio stream includes a fraction of a second of audio before the wake word, and closes once your request has been processed. You can turn on Follow Up Mode so you can make follow-up requests without having to repeat the wake word. You can also configure Echo devices to play a short audible tone any time audio is sent to the cloud within Settings in the Alexa app. Certain Echo devices, like Echo Input, have the short audible tone turned on by default. [36]

53.     On information and belief, Amazon's Cloud processes received voice commands and produces resulting "messages" in response to that processing. For example, Amazon's Cloud can process human voice data such as "Alexa, play top hits on Amazon Music" and, in response, produces a message that controls the Amazon Echo Products to play top hits from Amazon music:

> **What happens when I speak to Alexa?**
>
> When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud, where we process your request and other information to respond to you. For example, when you ask, "Alexa, play top hits on Amazon Music," we use the recording of your request and information from Amazon Music to play top hits. [37]

---

[36] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=GVP69FUJ48X9DK8V
[37] *See id.*

54.    As another non-limiting example, Amazon's Cloud can process human voice data, such as "Alexa, turn on the living room lights" and, in response, produces a message that controls the system to turn on the living room lights in a user's home.



55.    Further, on information and belief, the Amazon Echo Products comprise a client device that is used in a building (*e.g.*, a user's home), and which is configured to communicate with a controlled device (*e.g.*, a smart light bulb) and with Amazon's Cloud over a wireless network (*e.g.*, via Bluetooth or Wi-Fi).

> ### 1. How does Alexa work with smart home devices?
>
> Alexa enables you to control and check the status of a variety of smart home devices, such as compatible lights, switches, plugs, thermostats, cameras, locks, televisions, printers, kitchen appliances, and robot vacuums. You can connect compatible smart home devices to Alexa using Alexa smart home skills. You can also directly connect certain smart home devices to compatible Echo devices. For instance, smart home devices that use Zigbee can connect directly to Echo devices with a built-in smart home hub, like Echo Show 10. And certain other smart home devices can connect to Echo devices via Bluetooth or Wi-Fi. Finally, you can connect some smart home devices to Alexa by setting up those devices through the Alexa app. [39]

---

[38] *See* https://www.amazon.com/Amazon-Basics-Equivalent-1-Pack-Multicolor/dp/B0CG5VDC8P/
[39] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=201602230

56.     Further, on information and belief, the Amazon Echo Products include a microphone for capturing first and second human voice data as claimed. On information and belief, the Amazon Echo Products include multiple microphones including those annotated below via green circles.



57.     On information and belief, the Amazon Echo Products comprise at least "a first actuator" in the client device as claimed in Claim 1. For example, the Amazon Echo Products include multiple speakers that actuate to produce sounds when a user asks the Amazon Echo Products a question, to play music, or to provide the news.



Upward-firing woofer and dual tweeters for rich, detailed sound

---

[40] *See* http://www.ifixit.com/Teardown/Amazon+Echo+Teardown/33953; Annotations in the image originate from http://www.ifixit.com/Teardown/Amazon+Echo+Teardown/33953 Green circles indicate the microphones located in Amazon's Echo product.
[41] *See* https://www.amazon.com/Echo-4th-Gen/dp/B07XKF5RM3/ref=asc_df_B07XKF5RM3?mcid=6b0dc796c9ee375c8ee8a4dd43a779d.

58.    On information and belief, as another non-limiting example, the Amazon Echo Products feature a LED ring light that actuates by illuminating in response to specific user interactions with Alexa.

> • **Light Ring/Bar/LED Activity:** Clearly show and accurately depicted light activity if the device is visible during the interaction with Alexa. The light will activate when the wake word ("Alexa") is used and during Alexa's response.
>   ○ Check that the depicted light activity is accurately synched with the true customer experience. (We often see light activity delayed or starting too soon. You can check by testing the utterance and response on the device you are featuring. [42]

59.    On information and belief, for example, the LED light ring on the Amazon Echo Products will actuate differently depending on the specific human voice data received by the Amazon Echo (*e.g.*, cycling green during an active call, displaying contextual white when adjusting volume, etc.).

---

f&hvocijid=13188909395949575035-B07XKF5RM3-&hvexpln=73&tag=hyprod-20&linkCode=df0&hvadid=721245378154&hvpos=&hvnetw=g&hvrand=13188909395949575035&hvpone=&hvptwo=&hvqmt=&hvdev=c&hvdvcmdl=&hvlocint=&hvlocphy=9007527&hvtargid=pla-2281435180738&th=1

[42] *See* https://developer.amazon.com/en-US/alexa/branding/alexa-guidelines/review-process





60.    On information and belief, as discussed above, the Amazon Echo Products of the Amazon Echo System send to Amazon's Cloud via a wireless network the captured first and second human voice data.

---

[43] *See* https://developer.amazon.com/en-US/alexa/branding/echo-guidelines/identity-guidelines/light-ring
[44] *See* https://www.makeuseof.com/alexa-blue-ring-meaning/
[45] *See id.*

> **What happens when I speak to Alexa?**
>
> When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud, where we process your request and other information to respond to you. For example, when you ask, "Alexa, play top hits on Amazon Music," we use the recording of your request and information from Amazon Music to play top hits.
>
> **How do I know when Echo devices are sending audio to the cloud?**
>
> When Echo devices detect the wake word or when the Action button available on some Echo devices is pressed to activate Alexa, a visual indicator appears on the device to indicate that the device is recording your request to stream to the cloud. For instance, a light ring on the Echo will turn blue or a blue bar will appear on Echo Show. When you use the wake word, the audio stream includes a fraction of a second of audio before the wake word, and closes once your request has been processed. You can turn on Follow Up Mode so you can make follow-up requests without having to repeat the wake word. You can also configure Echo devices to play a short audible tone any time audio is sent to the cloud within Settings in the Alexa app. Certain Echo devices, like Echo Input, have the short audible tone turned on by default. [46]

61.     Additionally, on information and belief, the Amazon Echo System receives from Amazon's Cloud at least first and second messages in response to the sending of first and second human voice data from an Amazon Echo Product, to operate the first actuator in the client device in response to the received first message (*e.g.*, by playing audio using the speaker of the Amazon Echo Products, or by illuminating the LED of the Amazon Echo Products, etc.), and to operate the second actuator in the controlled device in response to the received second message (*e.g.*, by turning on a smart light).



---

[46] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=GVP69FUJ48X9DK8V
[47] *See* https://www.amazon.com/Amazon-Basics-Equivalent-1-Pack-Multicolor/dp/B0CG5VDC8P/

62.    Further, on information and belief, Amazon directly infringes at least Claim 1 of the '174 Patent because Amazon makes, sells, uses and/or puts into use the Amazon Echo System. Specifically, Amazon directs and controls its customers to make the Amazon Echo System and to use the Amazon Echo System in an infringing manner. Thus, each and every limitation of Claim 1 of the '174 Patent is satisfied by Amazon directly.

63.    Additionally, and in the alternative, to the extent that Amazon denies that it directly infringes at least Claim 1 of the '174 Patent, Amazon's customers directly infringe at least Claim 1 of the '174 Patent, either literally or under the doctrine of equivalents, by making, using and/or putting into use, offering to sell, selling, and/or importing into the United States the Amazon Echo System that includes the infringing technology.

64.    Amazon, for example, with knowledge that the Amazon Echo System, or the use thereof, infringes the '174 Patent at least as of the July 23, 2024, Licensing Letter, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '174 Patent by inducing its customers to make, put into use, and/or use the Amazon Echo System. Amazon, for example, has and continues to induce infringement by its customers and end-users of the Amazon Echo System by providing customers with instructions on how to make the Amazon Echo System by putting it into use (*e.g.*, by directing users to connect an Amazon Echo Product to the Amazon Cloud) and how to operate the Amazon Echo Products within the Amazon Echo System in an infringing manner, while also making publicly available information on the infringing technology via Amazon's website, product literature and packaging, and other publications. Specifically, for example, Amazon has and continues to indirectly and/or contributorily infringe one or more claims of the '174 Patent by providing to its customers Quick Start Guides for the Amazon Echo System, which direct Amazon's customers to connect Amazon

Echo Products to Amazon's Cloud via Wi-Fi to put into use and use the Amazon Echo System.[48]

Amazon also maintains pages on its website that similarly direct customers to connect to Amazon's

Cloud via Wi-Fi to put into use and use the Amazon Echo System, and Amazon provides

instructions for how to use the Amazon Echo System.[49]

65.    Therefore, Amazon has and continues to indirectly and/or contributorily infringe

one or more claims of the '174 Patent by knowingly and intentionally inducing others, including

Amazon's customers and end-users, to directly infringe, either literally or under the doctrine of

equivalents, by making, using and/or putting into use, offering to sell, selling, and/or importing

into the United States the Amazon Echo System that includes the infringing technology.

66.    Further, on information and belief, Amazon has adopted a policy of not reviewing

the patents of others, thereby remaining willfully blind to the '174 Patent since at least as early as

the issuance of the '174 Patent.

67.    Further, with knowledge of the '174 Patent, Amazon has willfully, deliberately, and

intentionally infringed the '174 Patent, and continues to willfully, deliberately, and intentionally

infringe the '174 Patent. Amazon had actual knowledge of the '174 Patent and Amazon's

infringement of the '174 Patent as set forth above and, after acquiring that knowledge at least via

the July 23, 2024, Licensing Letter, Amazon has directly and indirectly infringed the '174 Patent.

68.    The claims of the '174 Patent are directed to patent-eligible subject matter under

35 U.S.C. § 101. The claims of the '174 Patent are not directed to an abstract idea, law of nature,

or natural phenomenon. Instead, the claims are directed to specific technological improvements in

---

[48] *See*, *e.g.*, chrome-
extension://efaidnbmnnnibpcajpcglclefindmkaj/https://d1ergij2b6wmg5.cloudfront.net/Alexa+D
evices/Echo+Dot+(4th+Generation)/EchoDot_(4th+Generation)_QSG_US.pdf; and
https://www.amazon.com/gp/help/customer/display.html?nodeId=202016340
[49] *See* https://www.amazon.com/alexa-setup-guide/b?ie=UTF8&node=17978645011

the field of server-based control of networked devices, including using human voice data to control actuators of client devices and controlled devices. Additionally, the claims of the '174 Patent are directed to specific implementations of technological solutions, rather than merely claiming a result or function. These implementations require particular configurations of components and/or operations that improve the functioning of a technological system and provide optimized solutions for environmental control. Further, to the extent the claims of the '174 Patent are purported to be directed to an abstract idea—which they are not—the claims include additional elements that, individually and in combination, amount to significantly more than any purported abstract idea. Specifically, for example, the claims of the '174 Patent are directed to a non-generic architecture that integrates an internet-connected external server, a local client device with a microphone and actuator, and a controlled device with a separate actuator within a building—all coordinated to perform distinct operations in response to different captured voice data and/or sent/received messages. The claims of the '174 Patent thus go beyond mere automation of a conventional task or generic computer implementation, and reflect a technical solution to a technical problem—chiefly, distributed and synchronized control of multiple actuators in multiple devices via voice commands over a wireless network using novel data processing methods and techniques. These technical improvements, among others, transform the nature of the claims into patent-eligible subject matter.

69.    Plaintiff has suffered damages as a result of Amazon's direct and indirect infringement of the '174 Patent in an amount to be proven at trial.

70.    Plaintiff has suffered, and will continue to suffer, irreparable harm as a result of Amazon's infringement of the '174 Patent, for which there is no adequate remedy at law, unless Amazon's infringement is enjoined by this Court.

## COUNT III

### (Infringement of the '710 Patent)

71.     Paragraphs 1 through 25 are incorporated by reference as if fully set forth herein.

72.     Plaintiff has not licensed or otherwise authorized Amazon to make, use, offer for sale, sell, or import any products that embody the inventions of the '710 Patent.

73.     Amazon has and continues to directly infringe at least method Claim 1 of the '710 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by directing and controlling its Amazon Cloud and Amazon's customers' use of the Amazon Echo Products to perform each and every step of one or more of the claimed methods of the '710 Patent.

74.     Amazon infringes at least the method of Claim 1 for operating multiple actuators (*e.g.*, the speaker on an Amazon Echo Products, the LED light on the Amazon Echo Products, a smart light, etc.) in response to captured human voice data, for use with a client device (*e.g.*, an Amazon Echo Product) and a controlled device (*e.g.*, a smart light) in a building (*e.g.*, a user's home), each communicating over a wireless network, and for use with an internet-connected server device external to the building (*e.g.*, Amazon's Cloud).



[50] *See* https://www.amazon.com/Echo-4th-Gen/dp/B07XKF5RM3

75.    For example, the Amazon Echo Products are a "client device" that captures "first human voice data" by a microphone in the Amazon Echo Products, as required by Claim 1. For example, on information and belief, the Amazon Echo (4th Gen) includes multiple microphones (annotated as green boxes below), which Amazon directs and controls to capture human voice data (*e.g.*, "Alexa, play top hits on Amazon music").



---

[51] *See* http://www.ifixit.com/Teardown/Amazon+Echo+Teardown/33953; Annotations in the image originate from http://www.ifixit.com/Teardown/Amazon+Echo+Teardown/33953. Green circles indicate the microphones located in Amazon's Echo product

> **What happens when I speak to Alexa?**
>
> When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud, where we process your request and other information to respond to you. For example, when you ask, "Alexa, play top hits on Amazon Music," we use the recording of your request and information from Amazon Music to play top hits.
>
> **How do I know when Echo devices are sending audio to the cloud?**
>
> When Echo devices detect the wake word or when the Action button available on some Echo devices is pressed to activate Alexa, a visual indicator appears on the device to indicate that the device is recording your request to stream to the cloud. For instance, a light ring on the Echo will turn blue or a blue bar will appear on Echo Show. When you use the wake word, the audio stream includes a fraction of a second of audio before the wake word, and closes once your request has been processed. You can turn on Follow Up Mode so you can make follow-up requests without having to repeat the wake word. You can also configure Echo devices to play a short audible tone any time audio is sent to the cloud within Settings in the Alexa app. Certain Echo devices, like Echo Input, have the short audible tone turned on by default. [52]

76.    Amazon directs each of the Amazon Echo Products to send to a server (*e.g.*, Amazon's Cloud), via a wireless network, the captured first human voice data, as required by Claim 1. For example, on information and belief, Amazon directs and controls the Amazon Echo (4th Gen) to send captured first human voice data (*e.g.*, "Alexa, play top hits on Amazon Music") over a user's Wi-Fi network to Amazon's Cloud.

---

[52] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=GVP69FUJ48X9DK8V

---

**What happens when I speak to Alexa?**

When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud, where we process your request and other information to respond to you. For example, when you ask, "Alexa, play top hits on Amazon Music," we use the recording of your request and information from Amazon Music to play top hits.

**How do I know when Echo devices are sending audio to the cloud?**

When Echo devices detect the wake word or when the Action button available on some Echo devices is pressed to activate Alexa, a visual indicator appears on the device to indicate that the device is recording your request to stream to the cloud. For instance, a light ring on the Echo will turn blue or a blue bar will appear on Echo Show. When you use the wake word, the audio stream includes a fraction of a second of audio before the wake word, and closes once your request has been processed. You can turn on Follow Up Mode so you can make follow-up requests without having to repeat the wake word. You can also configure Echo devices to play a short audible tone any time audio is sent to the cloud within Settings in the Alexa app. Certain Echo devices, like Echo Input, have the short audible tone turned on by default. [53]

---

77.     On information and belief, Amazon receives over the internet via Amazon's Cloud, the captured first human voice data and Amazon uses its servers in Amazon's Cloud to process the captured first human voice data, as required by Claim 1.

---

**What happens when I speak to Alexa?**

When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud, where we process your request and other information to respond to you. For example, when you ask, "Alexa, play top hits on Amazon Music," we use the recording of your request and information from Amazon Music to play top hits.

**How do I know when Echo devices are sending audio to the cloud?**

When Echo devices detect the wake word or when the Action button available on some Echo devices is pressed to activate Alexa, a visual indicator appears on the device to indicate that the device is recording your request to stream to the cloud. For instance, a light ring on the Echo will turn blue or a blue bar will appear on Echo Show. When you use the wake word, the audio stream includes a fraction of a second of audio before the wake word, and closes once your request has been processed. You can turn on Follow Up Mode so you can make follow-up requests without having to repeat the wake word. You can also configure Echo devices to play a short audible tone any time audio is sent to the cloud within Settings in the Alexa app. Certain Echo devices, like Echo Input, have the short audible tone turned on by default. [54]

---

[53] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=GVP69FUJ48X9DK8V
[54] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=GVP69FUJ48X9DK8V

78.    Further, on information and belief, responsive to the processing of the first human voice data, Amazon uses the Amazon Cloud to send a first message to the client device over the internet.

---

**What happens when I speak to Alexa?**

When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud, where we process your request and other information to respond to you. For example, when you ask, "Alexa, play top hits on Amazon Music," we use the recording of your request and information from Amazon Music to play top hits.

**How do I know when Echo devices are sending audio to the cloud?**

When Echo devices detect the wake word or when the Action button available on some Echo devices is pressed to activate Alexa, a visual indicator appears on the device to indicate that the device is recording your request to stream to the cloud. For instance, a light ring on the Echo will turn blue or a blue bar will appear on Echo Show. When you use the wake word, the audio stream includes a fraction of a second of audio before the wake word, and closes once your request has been processed. You can turn on Follow Up Mode so you can make follow-up requests without having to repeat the wake word. You can also configure Echo devices to play a short audible tone any time audio is sent to the cloud within Settings in the Alexa app. Certain Echo devices, like Echo Input, have the short audible tone turned on by default.[55]

---

79.    Further, on information and belief, Amazon sends to each of the Amazon Echo Products via a wireless network, the first message from Amazon's Cloud, which enables Amazon to direct and control the operation of a first actuator in the client device (*e.g.*, a speaker in the Amazon Echo Products) in response to the received first message, as required by Claim 1. For example, on information and belief, the Amazon Echo receives an instruction from Amazon's Cloud (*i.e.*, a "first message") whereby Amazon operates the speaker of the Amazon Echo (*i.e.*, a "first actuator") to play music.

---

[55] *See id.*

---

**What happens when I speak to Alexa?**

When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud, where we process your request and other information to respond to you. For example, when you ask, "Alexa, play top hits on Amazon Music," we use the recording of your request and information from Amazon Music to play top hits.

**How do I know when Echo devices are sending audio to the cloud?**

When Echo devices detect the wake word or when the Action button available on some Echo devices is pressed to activate Alexa, a visual indicator appears on the device to indicate that the device is recording your request to stream to the cloud. For instance, a light ring on the Echo will turn blue or a blue bar will appear on Echo Show. When you use the wake word, the audio stream includes a fraction of a second of audio before the wake word, and closes once your request has been processed. You can turn on Follow Up Mode so you can make follow-up requests without having to repeat the wake word. You can also configure Echo devices to play a short audible tone any time audio is sent to the cloud within Settings in the Alexa app. Certain Echo devices, like Echo Input, have the short audible tone turned on by default. [56]

---

80.    As alleged above, each of the Amazon Echo Products includes multiple microphones, which Amazon directs and controls to capture human voice data. On information and belief, for example, a microphone in the Amazon Echo captures "a second human voice data" (*e.g.*, "Alexa, turn on the living room lights"), as required by Claim 1.



---

[56] *See id.*
[57] *See* https://www.amazon.com/Amazon-Basics-Equivalent-1-Pack-Multicolor/dp/B0CG5VDC8P/

81.     As alleged above, on information and belief, as with the captured first human voice data, each of the Amazon Echo Products is directed to send to Amazon's Cloud via a wireless network captured second human voice data, and Amazon uses the Amazon Cloud to receive over the internet and process that captured second human voice data.

---

**What happens when I speak to Alexa?**

When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud, where we process your request and other information to respond to you. For example, when you ask, "Alexa, play top hits on Amazon Music," we use the recording of your request and information from Amazon Music to play top hits.

**How do I know when Echo devices are sending audio to the cloud?**

When Echo devices detect the wake word or when the Action button available on some Echo devices is pressed to activate Alexa, a visual indicator appears on the device to indicate that the device is recording your request to stream to the cloud. For instance, a light ring on the Echo will turn blue or a blue bar will appear on Echo Show. When you use the wake word, the audio stream includes a fraction of a second of audio before the wake word, and closes once your request has been processed. You can turn on Follow Up Mode so you can make follow-up requests without having to repeat the wake word. You can also configure Echo devices to play a short audible tone any time audio is sent to the cloud within Settings in the Alexa app. Certain Echo devices, like Echo Input, have the short audible tone turned on by default. [58]

---

82.     On information and belief, responsive to processing the second human voice data, Amazon sends a second message to a "controlled device" over the internet via Amazon's Cloud. For example, Amazon states that the Alexa feature of the Amazon Echo Products allows for control of a wide range of controlled devices, including compatible lights, switches, plugs, thermostats, cameras, locks, televisions, printers, kitchen appliances, and robot vacuums, among other controlled devices.

---

[58] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=GVP69FUJ48X9DK8V

> **1. How does Alexa work with smart home devices?**
>
> Alexa enables you to control and check the status of a variety of smart home devices, such as compatible lights, switches, plugs, thermostats, cameras, locks, televisions, printers, kitchen appliances, and robot vacuums. You can connect compatible smart home devices to Alexa using Alexa smart home skills. You can also directly connect certain smart home devices to compatible Echo devices. For instance, smart home devices that use Zigbee can connect directly to Echo devices with a built-in smart home hub, like Echo Show 10. And certain other smart home devices can connect to Echo devices via Bluetooth or Wi-Fi. Finally, you can connect some smart home devices to Alexa by setting up those devices through the Alexa app. [59]

83.    Further, on information and belief, the controlled device receives via a wireless network the second message from Amazon's Cloud, and Amazon directs and controls the operation of a second actuator in the controlled device (*e.g.*, a lighting element in a smart light) in response to the received second message, as required by Claim 1. For example, an Amazon Basics Smart A19 LED Light Bulb[60] is sent an instruction (*i.e.*, a "second message") from Amazon's Cloud allowing Amazon to operate the lighting element of the Amazon Basics Smart A19 LED Light Bulb (*i.e.*, "second actuator") to illuminate the bulb.



---

[59] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=201602230
[60] *See* https://www.amazon.com/Amazon-Basics-Equivalent-1-Pack-Multicolor/dp/B0CG5VDC8P/
[61] *See id.*



84.    Further, on information and belief, Amazon directly infringes at least the method of Claim 1 of the '710 Patent because Amazon directs and controls its customers' use of the Amazon Echo Products by specifically conditioning its customers' receipt of the benefits of the Amazon Echo Products (*e.g.*, voice control to operate actuators within the Amazon Echo Products and connected smart home devices) upon performance of specific steps in an established manner (*e.g.*, "Alexa, [perform a task]"). Thus, each and every step of the method of Claim 1 of the '710 Patent is performed either by Amazon directly (*e.g.*, "processing, by the server, the captured first human voice data") or by Amazon directing and controlling its customers (*e.g.*, "capturing, by a microphone in the client device, a first human voice data").

85.    Further, Amazon has and continues to indirectly and/or contributorily infringe one or more claims of the '710 Patent by knowingly and intentionally inducing others, including Amazon's customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States Amazon Echo Products that include the infringing technology.

---

[62] *See id.*

42

86.     Additionally, and separately, Amazon has and continues to indirectly and/or contributorily infringe one or more claims of the '710 Patent by providing to its customers Quick Start Guides for the Amazon Echo Products, which direct customers to connect Amazon Echo Products to Amazon's Cloud via Wi-Fi to use the Amazon Echo Products. [63] Amazon also maintains pages on its website that similarly direct customers to connect to Amazon's Cloud via Wi-Fi to use the Amazon Echo Products, and Amazon provides instructions for how to use the Amazon Echo Products within the Amazon Echo System. [64]

87.     Amazon, with knowledge that these products, or the use thereof, infringe the '710 Patent at least as of the July 23, 2024, Licensing Letter, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '710 Patent by providing these products to end-users for use in an infringing manner. Amazon, for example, has and continues to induce infringement by its customers and end-users by providing customers with instructions on how to operate the Amazon Echo Products in an infringing manner, while also making publicly available information on the infringing technology via Amazon's website, product literature and packaging, and other publications.

88.     Additionally, on information and belief, Amazon has adopted a policy of not reviewing the patents of others, thereby remaining willfully blind to the '710 Patent since at least as early as the issuance of the '710 Patent.

89.     Further, with knowledge of the '710 Patent, Amazon has willfully, deliberately, and intentionally infringed the '710 Patent, and continues to willfully, deliberately, and intentionally

---

[63] *See*, *e.g.*, chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://d1ergij2b6wmg5.cloudfront.net/Alexa+Devices/Echo+Dot+(4th+Generation)/EchoDot_(4th+Generation)_QSG_US.pdf; and https://www.amazon.com/gp/help/customer/display.html?nodeId=202016340

[64] *See* https://www.amazon.com/alexa-setup-guide/b?ie=UTF8&node=17978645011

infringe the '710 Patent. Amazon had actual knowledge of the '710 Patent and Amazon's infringement of the '710 Patent as set forth above and, after acquiring that knowledge via the July 23, 2024, Licensing Letter, Amazon has directly and indirectly infringed the '710 Patent.

90.    The claims of the '710 Patent are directed to patent-eligible subject matter under 35 U.S.C. § 101. The claims of the '710 Patent are not directed to an abstract idea, law of nature, or natural phenomenon. Instead, the claims are directed to specific technological improvements in the field of server-based control of networked devices, including using human voice data to control actuators of client devices and controlled devices. Additionally, the claims of the '710 Patent are directed to specific methods for implementing technological solutions, rather than merely claiming a result or function. These methods require that particular steps of the claimed methods are performed via specific components that improve the functioning of a technological system and provide optimized solutions for environmental control. Further, to the extent the claims of the '710 Patent are purported to be directed to an abstract idea—which they are not—the claims include additional elements that, individually and in combination, amount to significantly more than any purported abstract idea. Specifically, the claims of the '710 Patent are directed to a non-generic method of utilizing an internet-connected external server, a local client device with a microphone and actuator, and a controlled device with a separate actuator within a building to coordinate the performance of distinct operations in response to different captured voice data and/or sent/received messages. The claims of the '710 Patent thus go beyond mere automation of a conventional task or a generic computer implementation, and reflect a technical solution to a technical problem— chiefly, methods of distributed and synchronized control of multiple actuators via voice commands over a wireless network using novel data processing techniques. These improved technical methods thus transform the nature of the claims into patent-eligible subject matter.

91.    Plaintiff has suffered damages as a result of Amazon's direct and indirect

infringement of the '710 Patent in an amount to be proven at trial.

92.     Plaintiff has suffered, and will continue to suffer, irreparable harm as a result of Amazon's infringement of the '710 Patent, for which there is no adequate remedy at law, unless Amazon's infringement is enjoined by this Court.

## COUNT IV

### (Infringement of the '590 Patent)

93.     Paragraphs 1 through 25 are incorporated by reference as if fully set forth herein.

94.     Plaintiff has not licensed or otherwise authorized Amazon to make, use, offer for sale, sell, or import any products that embody the inventions of the '590 Patent.

95.     Amazon has and continues to directly infringe at least Claim 1 of the '590 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States the Amazon Echo Products, which satisfy each and every limitation of one or more claims of the '590 Patent.

96.     The Amazon Echo Products comprise an alternating-current (AC) powered appliance, as required by Claim 1 of the '590 Patent.



---

[65] *See* https://www.amazon.com/Echo-4th-Gen/dp/B07XKF5RM3

97.    Plaintiff alleges that the preamble of Claim 1 of the '590 Patent is not limiting. To the extent the preamble is found to be limiting, however, each of the Amazon Echo Products nonetheless comprises an AC powered appliance associated with food storage, handling, or preparation for use with a wireless network. For example, the Amazon Echo Dot is an AC-powered appliance that enables users to control and check the status of a variety of smart home devices, including "kitchen appliances."

### 1. How does Alexa work with smart home devices?

Alexa enables you to control and check the status of a variety of smart home devices, such as compatible lights, switches, plugs, thermostats, cameras, locks, televisions, printers, <u>kitchen appliances</u>, and robot vacuums. You can connect compatible smart home devices to Alexa using Alexa smart home skills. You can also directly connect certain smart home devices to compatible Echo devices. For instance, smart home devices that use Zigbee can connect directly to Echo devices with a built-in smart home hub, like Echo Show 10. And certain other smart home devices can connect to Echo devices via Bluetooth or Wi-Fi. Finally, you can connect some smart home devices to Alexa by setting up those devices through the Alexa app. [66]

98.    The Amazon Echo Products, including the Amazon Echo Dot, include a connector for connecting the appliance to an AC power source.



Step 1
Plug in Echo Dot. [67]

---

[66] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=201602230
[67] *See* https://www.amazon.com/Amazon-vibrant-helpful-routines-Charcoal/dp/B09B8V1LZ3

| Included in the box | Echo Dot, glacier white power adapter (15W), and Quick Start Guide. |
|---|---|

68



69

99.    The Amazon Echo Products, including the Amazon Echo Dot, include a current sensor coupled to the AC connector for measuring an AC current consumed by the appliance. For example, on information and belief, the Amazon Echo Dot includes a MediaTek MT6323 Power Management IC, annotated in pink below (*i.e.*, a "current sensor"), which measures current consumed by the Echo Dot.

---

[68] *See id*.
[69] *See* https://predictabledesigns.com/product-development-teardown-of-an-amazon-echo-dot/



70

The final chip is the power management IC which is the MediaTek MT6323. It provides all the various voltages required for all the components on both of the boards. It includes three buck regulators and 23 linear regulators.

71

100.     The Amazon Echo Products, including the Amazon Echo Dot, include a first sensor having an output that responds to a physical phenomenon. For example, the Amazon Echo Dot includes multiple microphones (*i.e.*, "a first sensor") annotated in green below, which capture and output recorded audio in response to a user's verbal commands (*i.e.*, "physical phenomenon"). Separately, as another non-limiting example, the Amazon Echo Dot includes motion sensors (*i.e.*, "a first sensor"), which detect and output motion data in response to detected movement (*i.e.*, "physical phenomenon"). Also separately, and as yet another non-limiting example, the Amazon Echo Dot includes temperature sensors (*i.e.*, "a first sensor"), which detect and output temperature data (*i.e.*, "physical phenomenon").

---

[70] *See* https://predictabledesigns.com/product-development-teardown-of-an-amazon-echo-dot/; annotations in the image originate from https://predictabledesigns.com/product-development-teardown-of-an-amazon-echo-dot/. The pink rectangle indicates the power management IC located in Amazon's Echo Dot product

[71] *See id*.



## Start Routines with your motion

Paired with compatible light bulbs, thermostats, and more, Echo Dot, with built-in motion and temperature sensors, lets you control your smart home when you're at home or away. Create routines to automatically turn on/off lights or play music at a scheduled time or when you walk into a room. Learn more about the different ways you can connect your smart home device.

101.    The Amazon Echo Products, including the Amazon Echo Dot, also include an antenna for communication over a wireless network. For example, the Amazon Echo Dot includes at least Wi-Fi/Bluetooth antennas, annotated in cyan below, for communication over a wireless network. Further, the dual band Wi-Fi capabilities supports at least 802.11a/b/g/n/ac wireless networks.

---

[72] *See* https://www.ifixit.com/Teardown/Amazon+Echo+Dot+Teardown/61304; square annotations in the image originate from:
http://www.ifixit.com/Teardown/Amazon+Echo+Teardown/33953; green circles added to indicate the microphones located in Amazon's Echo product
[73] *See* https://www.amazon.com/Amazon-vibrant-helpful-routines-Charcoal/dp/B09B8V1LZ3.



*Backside of the processor board showing the DAC (red), microUSB connector (orange), audio port (pink), ribbon cable connector (yellow), and <u>WiFi/Bluetooth</u>/GPS PCB antennas (cyan).*[74]

| Wifi connectivity | Dual-band Wi-Fi supports 802.11a/b/g/n/ac (2.4 and 5 GHz) networks. Does not support connecting to ad-hoc (or peer-to-peer) wifi networks. |
|---|---|

[75]

| Smart Home Device Compatibility | WiFi, <u>Bluetooth Low Energy Mesh</u>, and Matter |
|---|---|
| Bluetooth connectivity | Advanced Audio Distribution Profile (A2DP) support for audio streaming from your mobile device to Echo Dot or from Echo Dot to your Bluetooth speaker. Audio/Video Remote Control Profile (AVRCP) for voice control of connected mobile devices. Hands-free voice control is not supported for Mac OS X devices. Bluetooth speakers requiring PIN codes are not supported. |

[76]

102.    The Amazon Echo Products, including the Amazon Echo Dot, include a wireless

transceiver coupled to the antenna for transmitting digital data to, and for receiving digital data

---

[74] *See* https://predictabledesigns.com/product-development-teardown-of-an-amazon-echo-dot/; annotations in the image originate from https://predictabledesigns.com/product-development-teardown-of-an-amazon-echo-dot/

[75] *See* https://www.amazon.com/Amazon-vibrant-helpful-routines-Charcoal/dp/B09B8V1LZ3

[76] *See id.*

from, the wireless network. For example, on information and belief, the Amazon Echo Dot includes Wi-Fi/Bluetooth wireless transceivers coupled to the antenna, also within the housing and annotated in cyan below, for transmitting digital data to, and for receiving digital data from, the wireless network.



*Backside of the processor board showing the DAC (red), microUSB connector (orange), audio port (pink), ribbon cable connector (yellow), and WiFi/Bluetooth/GPS PCB antennas (cyan).* [77]

Finally, we get to the Dot itself which is what we will focus on for the rest of this article. The Dot includes a bunch of impressive technology. It obviously has voice recognition capabilities. It includes a Wi-Fi transceiver for communicating with the cloud (Amazon's Alexa voice service). Most of the heavy duty processing is done on Amazon's servers.

The Dot also includes a Bluetooth transceiver, an FM radio receiver, and a GPS receiver. It has four buttons: power, mute, volume up, and volume down. It has a ring of LED lights that illuminate when Alexa is listening (triggered by saying the word Alexa). It only includes two connectors: a 3.5mm audio out port and a micro USB port for supplying power. [78]

103.    The Amazon Echo Products, including the Amazon Echo Dot, further comprise a single enclosure housing the current sensor, the first sensor, the antenna, and the wireless

---

[77] *See* https://predictabledesigns.com/product-development-teardown-of-an-amazon-echo-dot/; annotations in the image originate from https://predictabledesigns.com/product-development-teardown-of-an-amazon-echo-dot/
[78] *See id.*

transceiver. For example, the Amazon Echo Dot includes a single enclosure that houses the MT6323 power management IC (*i.e.*, the current sensor), the microphone/motion sensor/temperature sensor (*i.e.*, "first sensor"), the Wi-Fi/Bluetooth antennas (*i.e.*, the "antenna"), and the Wi-Fi/Bluetooth wireless transceivers (the "wireless transceiver").



*The plastic enclosure for the Amazon Echo Dot consists of a top piece and a bottom piece.*[79]



*All of the internal parts making up the Echo Dot.*[80]

---

[79] *See* https://predictabledesigns.com/product-development-teardown-of-an-amazon-echo-dot/
[80] *See id.*

104.    In the Amazon Echo Products, including the Amazon Echo Dot, the first sensor is coupled to the wireless transceiver for transmitting digital data in response to the physical phenomenon to the wireless network. For example, on information and belief, when a microphone of the Amazon Echo Dot (*i.e.*, the "first sensor") captures a user's commands (*e.g.*, "Alexa, add eggs to my grocery list"), the coupled wireless transceiver transmits that voice data to Amazon's Cloud (*i.e.*, "transmitting digital data in response to the physical phenomenon to the wireless network ").

105.    Further, the Amazon Echo Products, including the Amazon Echo Dot, are controlled or activated in response to digital data received from the wireless network. On information and belief, for example, the Amazon Echo Dot receives digital data from Amazon's Cloud responsive to a user's voice commands. The digital data, in turn, controls the Echo Dot to, for example, play music (*i.e.*, "the appliance is controlled or activated in response to digital data received from the wireless network").

**What happens when I speak to Alexa?**

When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud, where we process your request and other information to respond to you. For example, when you ask, "Alexa, play top hits on Amazon Music," we use the recording of your request and information from Amazon Music to play top hits. [81]

106.    Separately, and as another non-limiting example, the Amazon Echo Products, including the Amazon Echo Dot, are controlled or activated in response to digital data received from the wireless network to, for example, control other devices, such as Amazon Smart Ovens:

---

[81] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=GVP69FUJ48X9DK8V

Follow the steps below:

1. Plug in your Amazon Smart Oven.
2. Using the Alexa app, connect the oven to the internet.
3. <u>Ask your Echo device to start microwaving, baking, air frying, or warming</u>. [82]

107.    Separately, and as yet another non-limiting example, the Amazon Echo Products, including the Amazon Echo Dot, are controlled or activated in response to digital data received from the wireless network. For example, the Echo Dot includes a built-in temperature sensor that detects ambient temperatures and transmits temperature data to Amazon's Cloud over the wireless network. On information and belief, the Echo Dot is then controlled in response to digital data received from Amazon's Cloud to, for example, adjust a smart thermostat.

Certain Echo devices and the Amazon Smart Air Quality Monitor can act as temperature sensors for your Amazon Smart Thermostat.

Built-in temperature sensors in certain Echo devices and the Amazon Smart Air Quality Monitor can detect ambient temperature. Your Amazon Smart Thermostat can use these readings to maintain the desired temperature in your home. If you use more than one temperature sensing device, <u>Alexa adjusts your home temperature</u> using the average temperature detected by all sensors.

Temperature sensing is available on:

- Echo (4th Generation)
- Echo Dot (5th Generation)
- Echo Dot with Clock (5th Generation)
- Amazon Smart Air Quality Monitor [83]

108.    Separately, as yet another non-limiting example, the Amazon Echo Products, including the Amazon Echo Dot, are controlled or activated in response to digital data received from the wireless network, responsive to detected motion. For example, the Echo Dot includes a built-in ultrasound motion detector that detects when a user enters a room and transmits occupancy

---

[82] *See* https://www.amazon.com/b?ie=UTF8&node=21341314011
[83] *See* https://www.amazon.com/gp/help/customer/display.html?nodeId=TIIep5gHBA4pyAiRbh

data to Amazon's Cloud over the wireless network. On information and belief, the Echo Dot is then controlled in response to digital data received from Amazon's Cloud to, for example, turn on smart lights in the occupied room.

> • Keep your home comfortable – Control compatible smart home devices with your voice and routines triggered by built-in motion or indoor temperature sensors. Create routines to automatically turn on lights when you walk into a room, or start a fan if the inside temperature goes above your comfort zone. [84]

109.    In the Amazon Echo Products, including the Amazon Echo Dot, the current sensor is coupled to the wireless transceiver for transmitting digital data in response to the measured current over a wireless network. For example, on information and belief, the Amazon Echo Dot includes a MediaTek MT6323 power management IC (*i.e.*, the "current sensor"), which is coupled to at least the Wi-Fi transceiver (*i.e.*, the "wireless transceiver") for transmitting digital data to the Amazon Cloud in response to the measured AC current.

> The processor chip is the MediaTek MT8163. It's a quad Cortex-A53 processor running at 1.3 GHz. It also includes the Wi-Fi and Bluetooth transceivers, an FM receiver, and the GPS receiver. [85]


[86]

---

[84] *See* https://www.amazon.com/Echo-Multi-room-Music-bundle-Charcoal/dp/B0CK3FJYH7?ref=amzdv_tplus_dp_dsk_bdldp_B07XKF5RM3_B0CK3FJYH7&th=1
[85] *See* https://predictabledesigns.com/product-development-teardown-of-an-amazon-echo-dot/
[86] *See id.*; annotations in the image originate from https://predictabledesigns.com/product-development-teardown-of-an-amazon-echo-dot/ The pink rectangle indicates the power management IC located in Amazon's Echo Dot product.



Backside of the processor board showing the DAC (red), microUSB connector (orange), audio port
(pink), ribbon cable connector (yellow), and WiFi/Bluetooth/GPS PCB antennas (cyan). [87]

110.    Further, Amazon has and continues to indirectly and/or contributorily infringe one
or more claims of the '590 Patent by knowingly and intentionally inducing others, including
Amazon's customers and end-users, to directly infringe, either literally or under the doctrine of
equivalents, by making, using, offering to sell, selling, and/or importing into the United States
products that include the infringing technology.

111.    Additionally, and separately, Amazon has and continues to indirectly and/or
contributorily infringe one or more claims of the '590 Patent by providing to its customers Quick
Start Guides for the Amazon Echo Products, which direct customers to connect Amazon Echo
Products to Amazon's Cloud via Wi-Fi to use the Amazon Echo Products. [88] Amazon also
maintains pages on its website that similarly direct customers to connect to Amazon's Cloud via
Wi-Fi to use the Amazon Echo Products, and Amazon provides instructions for how to use the
Amazon Echo Products within the Amazon Echo System. [89]

---

[87] *See* https://predictabledesigns.com/product-development-teardown-of-an-amazon-echo-dot/;
annotations in the image originate from https://predictabledesigns.com/product-development-
teardown-of-an-amazon-echo-dot/
[88] *See*, *e.g.*, chrome-
extension://efaidnbmnnnibpcajpcglclefindmkaj/https://d1ergij2b6wmg5.cloudfront.net/Alexa+D
evices/Echo+Dot+(4th+Generation)/EchoDot_(4th+Generation)_QSG_US.pdf; and
https://www.amazon.com/gp/help/customer/display.html?nodeId=202016340
[89] *See* https://www.amazon.com/alexa-setup-guide/b?ie=UTF8&node=17978645011

112.    Amazon, with knowledge that these products, or the use thereof, infringe the '590 Patent at least as of the July 23, 2024, Licensing Letter, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '590 Patent by providing the Amazon Echo Products to end-users for use in an infringing manner. Amazon, for example, has and continues to induce infringement by its customers and end-users by providing customers with instructions on how to operate the Amazon Echo Products in an infringing manner, while also making publicly available information on the infringing technology via Amazon's website, product literature and packaging, and other publications.

113.    Further, on information and belief, Amazon has adopted a policy of not reviewing the patents of others, thereby remaining willfully blind to the '590 Patent since at least as early as the issuance of the '590 Patent and up to receipt of the July 23, 2024, Licensing Letter.

114.    Further, with knowledge of the '590 Patent, Amazon has willfully, deliberately, and intentionally infringed the '590 Patent, and continues to willfully, deliberately, and intentionally infringe the '590 Patent. Amazon had actual knowledge of the '590 Patent and Amazon's infringement of the '590 Patent as set forth above and, after acquiring that knowledge via the July 23, 2024, Licensing Letter, Amazon has directly and indirectly infringed the '590 Patent.

115.    The claims of the '590 Patent are directed to patent-eligible subject matter under 35 U.S.C. § 101. The claims of the '590 Patent are not directed to an abstract idea, law of nature, or natural phenomenon. Instead, the claims are directed to specific technological improvements in the field of server-based control of networked devices, including devices that can measure consumed current and wirelessly transmit the measured data over a network. Additionally, the claims of the '590 Patent are directed to specific implementations of technological solutions, rather than merely claiming a result or function. These implementations require particular configurations of components and/or operations that improve the functioning of a technological system and

provide optimized solutions for environmental control. Further, to the extent the claims of the '590 Patent are purported to be directed to an abstract idea—which they are not—the claims include additional elements that, individually and in combination, amount to significantly more than any purported abstract idea. The claims of the '590 Patent, for example, recite specific, integrated hardware configurations enabling an appliance to both transmit real-time data about physical phenomenon and/or power consumption and be controlled via a wireless network, all within a single enclosure. This constitutes a technical advance over conventional appliances by enabling remote, networked monitoring and control without requiring separate external modules or wiring, thereby improving the appliance's connectivity, efficiency, and form factor in smart home environments, which transforms the nature of the claims into patent-eligible subject matter.

116.    Plaintiff has suffered damages as a result of Amazon's direct and indirect infringement of the '590 Patent in an amount to be proven at trial.

117.    Plaintiff has suffered, and will continue to suffer, irreparable harm as a result of Amazon's infringement of the '590 Patent, for which there is no adequate remedy at law, unless Amazon's infringement is enjoined by this Court.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury for all issues so triable.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief against Amazon as follows:

a.    Entry of judgment declaring that Amazon has directly and/or indirectly infringed one or more claims of each of the Patents-in-Suit;

b.    An order awarding damages sufficient to compensate Plaintiff for Amazon's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

c.      An order pursuant to 35 U.S.C. § 283 permanently enjoining Amazon, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with it, from further acts of infringement of the Patents-in-Suit;

d.      An order pursuant to 35 U.S.C. § 283 that Amazon's conduct was willful and that Plaintiff should therefore recover treble damages, including attorneys' fees, expenses, and costs incurred in this action, and an increase in the damages award;

e.      Entry of judgment declaring that this case is exceptional and awarding Plaintiff its costs and reasonable attorney fees under 35 U.S.C. § 285; and

f.      Such other and further relief as the Court deems just and proper.


Dated: July 11, 2025                                  Respectfully submitted,

                                                      */s/ Peter Lambrianakos*
                                                      Peter Lambrianakos
                                                      NY Bar No. 2894392
                                                      Email: plambrianakos@fabricantllp.com
                                                      Vincent J. Rubino, III
                                                      NY Bar No. 4557435
                                                      Email: vrubino@fabricantllp.com
                                                      **FABRICANT LLP**
                                                      411 Theodore Fremd Avenue
                                                      Suite 206 South
                                                      Rye, New York 10580
                                                      Telephone: (212) 257-5797
                                                      Facsimile: (212) 257-5796

                                                      Clark Gordon
                                                      CA Bar No. 306317
                                                      Email: cgordon@fabricantllp.com
                                                      **FABRICANT LLP**
                                                      19800 MacArthur Blvd.
                                                      Suite 300
                                                      Irvine, CA 92612

                                                      ***ATTORNEYS FOR PLAINTIFF***
                                                      ***SMART SPEAKER LLC***